# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO ROSAS, | Case No. 1:14-cv-01219 DLB |
| Plaintiff, | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER AND FAILURE TO PROSECUTE |
| v. | |
| K. HOLLAND, et al., | |
| Defendants. | TWENTY-ONE DAY DEADLINE |

Plaintiff Federico Rosas ("Plaintiff") is a California state prison inmate proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 4, 2014.

On January 30, 2015, the Court screened the complaint and dismissed it with leave to amend. Plaintiff was ordered to file an amended complaint within thirty (30) days of the date of service of the order. The Court cautioned, however, that Plaintiff should only amend if he could do so in good faith.

Over thirty (30) days have passed and Plaintiff has not filed an amended complaint or otherwise communicated with the Court. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to follow a court order and for failure to prosecute. Plaintiff SHALL file a response to this order within twenty-one (21) days. Plaintiff may also comply with this order by filing an amended complaint within this time frame, or notifying the Court that he will not be submitting an amended complaint.

1  <u>If Plaintiff fails to respond to this order, the Court will recommend that this action be
2  dismissed.</u>

IT IS SO ORDERED.

5  Dated:  **March 16, 2015**                    /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE