# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO ROSAS, | Case No. 1:14-cv-01219 DLB |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (Document 12) |
| K. HOLLAND, et al., | ORDER GRANTING REQUEST FOR EXTENTION OF TIME |
| Defendants. | (Document 13) |

Plaintiff Federico Rosas ("Plaintiff") is a California state prison inmate proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 4, 2014.

On January 30, 2015, the Court screened the complaint and dismissed it with leave to amend. Plaintiff was ordered to file an amended complaint within thirty (30) days of the date of service of the order. The Court cautioned, however, that Plaintiff should only amend if he could do so in good faith.

On March 16, 2015, after the time for filing had past, the Court issued an order to show cause why the action should not be dismissed for failing to follow a court order.

On March 23, 2015, the Court received a request for an extension of time from Plaintiff. Plaintiff states that he had been moved to Ad-Seg pending transfer and did not have his legal property.

1     Good cause appearing, the order to show cause (Document 12) is DISCHARGED.

2     Plaintiff's request for additional time (Document 13) is GRANTED.  Plaintiff SHALL file an amended complaint within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

    Dated:   **March 25, 2015**          /s/ *Dennis L. Beck*
                                                 UNITED STATES MAGISTRATE JUDGE