# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO ROSAS, | Case No. 1:14-cv-01219 DLB |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL |
| v. | (Document 16) |
| K. HOLLAND, et al., | |
| Defendants. | |

Plaintiff Federico Rosas ("Plaintiff") is a California state prison inmate proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 4, 2014. On January 30, 2015, the Court screened Plaintiff's complaint and dismissed it with leave to amend. Plaintiff has not yet filed an amended complaint.

On May 8, 2015, Plaintiff filed a motion to voluntarily dismiss this action. At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice. Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001); Fed. R. Civ. Proc. 41(a)(1)(i).

///
///
///
///

1  Accordingly, the Clerk of Court is HEREBY DIRECTED to close this file pursuant to
2  Plaintiff's notice of voluntary dismissal filed on May 8, 2015.
3  This action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated:   **May 13, 2015**                             /s/ *Dennis L. Beck*
                                                  UNITED STATES MAGISTRATE JUDGE